IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD L. ARMSTRONG,

    Petitioner,               No. CIV S-08-0031 LKK DAD P

    vs.

D.L. RUNNELS, et al.,

    Respondent.          <u>ORDER</u>

                                 /

          Petitioner has requested an extension of time to file an amended petition and motion for a stay and abeyance pursuant to the court's order of April 30, 2008.  Petitioner is cautioned that the court will provide petitioner with an extension of time; however, no further extensions will be granted.  Accordingly, IT IS HEREBY ORDERED that:

          1. Petitioner's May 27, 2008 request for an extension of time is granted; and

          2. Petitioner is granted thirty days from the date of this order in which to file an amended petition and his motion for a stay and abeyance.

DATED: June 12, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:ja/4
arms0031.111