1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HAROLD L. ARMSTRONG,

11              Petitioner,                    No. CIV S-08-0031 LKK DAD P

12        vs.

13   D.L. RUNNELS, et al.,

14
              Respondents.              ORDER
15   _____/

16        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of

17   this court's March 10, 2009 dismissal of his application for a writ of habeas corpus for failure to

18   exhaust state remedies.  Before petitioner can appeal this decision, a certificate of appealability

19   must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

20        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the

21   applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

22   § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues

23   satisfy the required showing or must state the reasons why such a certificate should not issue.

24   Fed. R. App. P. 22(b).

25        Where, as here, the petition was dismissed on procedural grounds, a certificate of

26   appealability "should issue if the prisoner can show:  (1) 'that jurists of reason would find it

1

1 | debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of

2 | reason would find it debatable whether the petition states a valid claim of the denial of a

3 | constitutional right.'" Morris v. Woodford, 229 F.3d 775, 780 (9th Cir. 2000) (quoting Slack v.

4 | McDaniel, 529 U.S. 473, 484 (2000)).

5 |    After careful review of the entire record herein, this court finds that petitioner has

6 | not satisfied the first requirement for issuance of a certificate of appealability in this case.

7 | Specifically, there is no showing that jurists of reason would find it debatable whether petitioner

8 | has exhausted state remedies.  Accordingly, a certificate of appealability should not issue in this

9 | action.

10 |    IT IS SO ORDERED.

11 | DATED: August 31, 2009.

14 | LAWRENCE K. KARLTON
SENIOR JUDGE
15 | UNITED STATES DISTRICT COURT